**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INA KODRA, *individually and on behalf of all others similarly situated,*<br><br>       Plaintiff,<br><br>     - against –<br><br>M&T BANK CORPORATION,<br><br>       Defendant. | Case No. 1:20-cv-03682 (LJL) |

## CONSENT MOTION AND PROPOSED ORDER OF DISMISSAL

   PLEASE TAKE NOTICE THAT Plaintiff Ina Kodra ("Plaintiff"), with the consent of Defendant, and in light of the parties reaching a mutually agreeable resolution in the above-captioned action, hereby withdraws all claims against Defendant in the above-captioned action, and moves the Court to dismiss the above-captioned action with prejudice as to Kodra's individual claims (actual or potential) against Defendant and its affiliates and without prejudice as to alleged class claims, under Rule 41 of the Federal Rules of Civil Procedure.  This dismissal terminates the above-captioned action against all parties.  Each party will bear her or its own attorneys' fees and costs in regard to this action.

Dated: _12/1_____, 2020

MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND

By: Nina Perales
Nina Perales
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476

*Attorneys for Plaintiff*

**SO ORDERED.**

_____
**Hon. Lewis J. Liman, U.S.D.J.**

## CERTIFICATE OF SERVICE

I, Nina Perales, herby certify that a true and correct copy of the foregoing Consent

Motion and Proposed Order of Dismissal was served via ECF on this 30th day of November upon

attorneys for Defendant.

Dated: November 30, 2020                      /s/ Nina Perales
                                              Nina Perales